# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 11-40464-659 |
| | ) Honorable Kathy A. Surratt-States |
| REBECCA A. CLAUDE, | ) Chapter 7 |
| | ) |
| | ) **ORDER GRANTING TRUSTEE'S** |
| Debtor. | ) **MOTION TO COMPEL TURNOVER** |
| | )                              #23 |
| | ) **Hearing Date:  July 5, 2011** |
| | ) **Hearing Time:  10:00 a.m.** |

## ORDER

Trustee's Motion to Compel Turnover ("Motion") having been presented for hearing; the Court being duly advised in the premises, finds good cause shown to grant the Motion; therefore,

IT IS HEREBY ORDERED that Debtor shall turnover $3,283.00, within seven (7) days after the entry of this Order.

_____
KATHY A. SURRATT-STATES
U.S. Bankruptcy Judge

DATED:  July 1, 2011
St. Louis, Missouri
JJH


Order Prepared By:

Brian J. LaFlamme
8909 Ladue Road
St. Louis, MO  63124

Copies to:

| | |
|---|---|
| United States Trustee<br>U.S. Department of Justice<br>111 S. Tenth Street, Suite 6353<br>St. Louis, MO 63102 | Nathan H. Goldberg<br>Goldberg Law Firm, LLC<br>6901 Gravois Road<br>St. Louis, MO 63116 |
| Rebecca A. Claude<br>5541 Wagontrain Dr.<br>House Springs, MO 63051 | Credit Acceptance<br>PO Box 5070<br>Southfield, MI 48086 |
| GMAC<br>PO Box 9001719<br>Louisville, KY 40290 | Steven L. Crouch<br>Daniel A. West<br>South & Associates, P.C.<br>6363 College Blvd., Suite 100<br>Overland Park, KS 66211 |
| Capital Recovery III LLC<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605<br>Attn: Ramesh Singh | David A. Sosne<br>8909 Ladue Road<br>St. Louis, MO 63124 |